UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at Pikeville)

| | | |
|---|---|---|
| REGINA G. AMBURGEY, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 7: 17-079-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| NANCY A. BERRYHILL, Acting | ) | **JUDGMENT** |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

In accordance with Rule 58 of the Federal Rules of Civil Procedure, and pursuant to 42 U.S.C. § 405(g), it is hereby

**ORDERED** and **ADJUDGED** as follows:

1.      The final administrative decision of the Defendant is **AFFIRMED**.

2.      Judgment is entered in favor of Defendant Nancy A. Berryhill, Acting Commissioner of Social Security, with respect to all issues raised in this civil action.

3.      This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

This 5ᵗʰ day of December, 2017.



Signed By:
_Danny C. Reeves_ DCR
United States District Judge

- 1 -